UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Melanie E. Damian
                         Plaintiff,

v.                                                Case No.: 1:20–cv–07087
                                                     Honorable Ronald A. Guzman

Mike Engstrom
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 1, 2021:

      MINUTE entry before the Honorable Ronald A. Guzman: Defendant's motion for an extension to answer or otherwise plead to the complaint [13] is granted. Defendant's responsive pleading is due no later than April 2, 2021. In addition, in lieu of an initial status hearing, the Court directs the parties to, no later than March 26, 2021, confer to discuss the nature and bases of their claims and defenses and the possibilities for a prompt settlement or resolution of the case. The parties shall also discuss deadlines for Rule 26(a)(1) disclosures and a proposed discovery plan. A written initial status report and proposed discovery plan shall be filed no later than April 2, 2021. Plaintiff is responsible for initiating such a meeting, and all lead counsel for all parties are required to participate. Failure or refusal to participate in such a meeting or to cooperate in the preparation of the written report may constitute a basis for sanctions. The Court will thereafter issue an order setting a discovery schedule. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.