# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Melanie E. Damian, as Receiver of Today's Growth Consultant, Inc. v. Mike Engstrom

Case Number: 2020-cv-7087

An appearance is hereby filed by the undersigned as attorney for:

Defendant, Mike Engstrom

Attorney name (type or print): Kevin M. Lyons

Firm: Lyons Law Group, LLC

Street address: 5333 Main Street

City/State/Zip: Downers Grove, Illinois 60515

Bar ID Number: 6243395
(See item 3 in instructions)

Telephone Number: 630-852-2529

Email Address: kevinl@kllawfirm.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 03/09/2021

Attorney signature: S/ Kevin M. Lyons

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015