# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Melanie E. Damian

                Plaintiff,

v.                                          Case No.: 1:20–cv–07087
                                                  Honorable Ronald A. Guzman

Mike Engstrom

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Sunil R. Harjani for the purpose of holding proceedings related to: Discovery supervision and all discovery disputes without authority to extend the discovery cutoff date. Mailed notice. (kp, )

Dated: April 15, 2021

                                                                         /s/ Ronald A. Guzman

                                                                    United States District Judge