UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MELANIE E. DAMIAN, AS RECEIVER OF TODAY'S GROWTH CONSULTANT, INC. (dba THE INCOME STORE), | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) | No. 20-cv-7087
| MIKE ENGSTROM, | ) ) ) | Judge Ronald A. Guzman
Magistrate Judge Sunil R. Harjani
| Defendant. | ) ) ) |

**JOINT MOTION TO STAY DISCOVERY & FOR REFERRAL TO MAGISTRATE JUDGE SUNIL R. HARJANI FOR SETTLEMENT CONFERENCE**

Defendant, Mike Engstrom ("Engstrom"), by and through his counsel, the Law Office of Francis C. Lipuma and the Lyons Law Group, LLC, together with Plaintiff, Melanie E. Damian, as Receiver (the "Receiver") of Today's Growth Consultant, Inc. (d/b/a The Income Store) ("TGC"), respectfully move this Honorable Court to stay discovery and to refer this matter to Magistrate Judge Sunil R. Harjani to hold a settlement conference within forty-five (45) days or as soon as the Magistrate Judge's schedule will allow, and in support thereof, states as follows:

1. This matter is before the Honorable Ronald A. Guzman and is an ancillary proceeding to a civil action brought by the United States Securities and Exchange Commission in the United States District Court for the Northern District of Illinois titled *Securities and Exchange Commission v. Today's Growth Consultant, Inc. (dba The Income Store) and Kenneth D. Courtright, III*, Case No. 2019-cv-8454.

2. There is a Rule 12(b)(6) Motion to Dismiss fully briefed and pending ruling before Judge Guzman.

1

3. Judge Guzman referred the instant matter to the Magistrate Judge Harjani on April 15, 2021, for the purpose of supervising all matters related to discovery.

4. Also on April 14, 2021, Magistrate Judge Harjani entered an Order setting discovery deadlines, including a deadline of May 7, 2021 for the parties to issue written discovery.

5. Both Engstrom and the Receiver complied with the May 7, 2021 discovery deadline and issued written discovery to each other.

6. Between May 7, 2021, and the date of the filing of this Motion, Engstrom and the Receiver began discussing opportunities to settle.

7. The parties' attempts at settlement discussions on their own have proceeded in good faith, albeit unsuccessfully; however, the parties believe there is a current opportunity for settlement of the matter before the parties expend time, money, and effort on discovery and believe the chances of settlement will be enhanced by a settlement conference before Magistrate Judge Harjani.

8. Due to the considerable and earnest discussions between the parties favoring settlement, and the fast-approaching deadline for each party to answer each other's written discovery requests, the parties seek to temporarily stay the discovery schedule and the discovery deadlines pursuant to the Federal Rules of Civil Procedure and respectfully request the entry of an order that sets a mutually-agreeable date and time to hold a settlement conference before Magistrate Judge Harjani within forty-five days (45) of the entry of an Order granting this Motion or as soon thereafter as the Magistrate Judge's schedule may allow.

9. The five factors the Court must consider weigh in favor of the request to stay discovery. *See Nowaczyk v. Matingas*, 146 F.R.D. 169, 174 (N.D. Ill. 1993).

10. Engstrom and the Receiver agree to a stay of discovery for a period of forty-five (45) days following an order granting this Motion so as not to needlessly delay this matter. Such a brief stay will not impair the Court's ability to expeditiously move this case to its conclusion.

11. There are currently no pending discovery motions before this Court.

12. Answering the propounded discovery will place a burden on Engstrom insofar as it will affect Engstrom's financial ability to settle.

13. Granting this Motion will not place a burden on any third parties.

14. Finally, there is no known public interest in this matter that would weigh in favor of denying this Motion.

**WHEREFORE**, the parties respectfully request that this Honorable Court grant this Motion and enter an Order staying discovery for a period of forty-five (45) days and refer this matter to Magistrate Judge Sunil R. Harjani to hold a settlement conference at a date and time to be determined by the Magistrate Judge.

Dated June 3, 2021.

Respectfully submitted,

/s/ Francis C. Lipuma  
Francis C. Lipuma  
*Counsel for Defendant*

Francis C. Lipuma  
105 West Adams Street, 35th Floor  
Chicago, Illinois 60603  
(312) 675-0089  
franklipuma@gmail.com

/s/ Kevin M. Lyons  
Kevin M. Lyons  
*Counsel for Defendant*

Kevin M. Lyons  
kevinl@kllawfirm.com  
5333 Main Street  
Downers Grove, Illinois 60515  
(630) 852-2529

By: */s/Allison J. Leonard*
Kenneth Dante Murena
kmurena@dvllp.com
Florida Bar No. 147486
Allison J. Leonard
aleonard@dvllp.com
Florida Bar No. 87061
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
*Admitted to practice in the
Northern District of Illinois*

Kevin B. Duff (kduff@rdaplaw.net)
Ill. Bar No. 6210491
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, Illinois 60605
Telephone: (312) 733-3950
Facsimile: (312) 733-3952

*Counsel for Melanie E. Damian,
Court-Appointed Receiver*