UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Melanie E. Damian
                       Plaintiff,

v.                                                Case No.: 1:20–cv–07087
                                                                   Honorable Ronald A. Guzman

Mike Engstrom
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 11, 2021:

      MINUTE entry before the Honorable Sunil R. Harjani: Preliminary settlement conference held and continued to 7/14/21 at 10:30 a.m. by telephone. Plaintiff's settlement letter is due 6/25/21 and defendant's settlement letter is due 7/9/21. Lead counsel are instructed to promptly call into the Court's conference call–in number at (888) 684–8852, and use Access Code 7354516. Parties are reminded that Magistrate Judge Harjani requires compliance with his Standing Order for Settlement Conference, which is available on the Court's website at www.ilnd.uscourts.gov. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.