UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Melanie E. Damian
        Plaintiff,
v.                 Case No.: 1:20−cv−07087
                  Honorable Ronald A. Guzman
Mike Engstrom
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 21, 2021:

  MINUTE entry before the Honorable Ronald A. Guzman: The motion to withdraw as attorney for Mike Engstrom [34] is granted. Attorney Nicole M Anderson terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.