## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Melanie E. Damian

                    Plaintiff,

v.                                            Case No.: 1:20–cv–07087

                                              Honorable Sunil R. Harjani

Mike Engstrom

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 26, 2021:

        MINUTE entry before the Honorable Sunil R. Harjani: Status hearing previously set for 9/7/2021 is stricken and reset to 9/8/2021 at 9:15 a.m. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.