UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SECURITIES AND EXCHANGE COMMISSION,

   Plaintiff,

v.

TODAY'S GROWTH CONSULTANT, INC.
(d/b/a THE INCOME STORE)

and

KENNETH D. COURTRIGHT, III,

         Defendants.
_____/

Civil Action No. 1:19-cv-08454

MELANIE E. DAMIAN, AS RECEIVER OF
TODAY'S GROWTH CONSULTANT, INC.
(dba THE INCOME STORE),

       Plaintiff,

v.

MICHAEL ENGSTROM,

   Defendant.
_____/

ANCILLARY CASE NO.
20-cv-7087
Hon. Ronald A. Guzman
Hon. Sunil R. Harjani

## JOINT STATUS REPORT

Plaintiff Melanie E. Damian, as Receiver of Today's Growth Consultant, Inc., (d/b/a The Income Store), and Defendant Michael Engstrom, through their undersigned counsel, hereby submit the instant Joint Status Report, pursuant to this Court's July 27, 2021 Minute Entry [ECF No. 40] requiring the parties to submit a Joint Status Report, and state:

   1. Pursuant to the Court's Minute Entry [ECF No. 40], the parties exchanged a fully executed settlement and release agreement (the "Engstrom Settlement"), which is subject to the approval of the

Court (the "Receivership Court") presiding over the underlying enforcement action in which the Receiver was appointed (the "Enforcement Action").

2. On August 30, 2021, the Receiver filed a motion to approve the Engstrom Settlement in the Enforcement Action. The motion was submitted without objection by the SEC. Defendant Kenneth Courtright objects to the motion and did not provide a basis.

3. A status conference will be held on September 7, 2021 in the Enforcement Action. The Receiver intends to ask the Receivership Court to rule on the motion to approve at the status conference.

4. The Receiver will submit a further update to this Court concerning the disposition of her motion to approve the Engstrom Settlement after the Receivership Court has ruled on same in the Enforcement Action.

Respectfully submitted,
/s/ Allison J. Leonard
Kenneth Dante Murena
kmurena@dvllp.com
Florida Bar No. 147486
Allison J. Leonard
aleonard@dvllp.com
Florida Bar No. 87061
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

*Admitted Pro Hac Vice and*
*General Admission to N.D. Ill.*

and

Kevin B. Duff
kduff@rdaplaw.net
Ill. Bar No. 6210491
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, Illinois 60605
Telephone: (312) 733-3950
*Counsel for Melanie E Damian,
Court Appointed Receiver*

*/s/Kevin Lyons*
Kevin Lyons
Ill. Bar No. 6243395
nicole@kllawfirm.com
Lyons Law Group, LLC
5333 Main Street
Downers Grove, IL 60515
Tel: 630-852-2529
*Counsel for Defendant*