UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

TODAY'S GROWTH CONSULTANT, INC.
(d/b/a THE INCOME STORE)

and

KENNETH D. COURTRIGHT, III,

    Defendants.
_____/

Civil Action No. 1:19-cv-08454

MELANIE E. DAMIAN, AS RECEIVER OF
TODAY'S GROWTH CONSULTANT, INC.
(dba THE INCOME STORE),

    Plaintiff,

v.

MICHAEL ENGSTROM,

    Defendant.
_____/

ANCILLARY CASE NO.
20-cv-7087
Hon. Ronald A. Guzman
Hon. Sunil R. Harjani

## JOINT STATUS REPORT

    Plaintiff Melanie E. Damian, as Receiver of Today's Growth Consultant, Inc., (d/b/a The Income Store), and Defendant Michael Engstrom, through their undersigned counsel, hereby submit the instant Joint Status Report, pursuant to this Court's September 3, 2021 Minute Entry [ECF No. 45] requiring the parties to submit a Joint Status Report, and state:

    1. On September 7, 2021, the Court (the "Receivership Court") presiding over the underlying enforcement action in which the Receiver was appointed (the "Enforcement Action") granted the Receiver's motion to approve the Engstrom Settlement. A copy of the Order Granting Receiver's

Motion to Approve Settlement and Release Agreement with Mike Engstrom dated September 7, 2021 ("Order") is attached as **Exhibit A**.

2. On the same day, The Receiver, through counsel, provided a copy of the Order to Defendant Mr. Engstrom, through counsel.

3. On September 13, 2021, Mr. Engstrom made an initial payment as required by the parties' Settlement and Release Agreement, which payment was received into the Receiver's trust account.

> Respectfully submitted,
> /s/ Allison J. Leonard
> Kenneth Dante Murena
> kmurena@dvllp.com
> Florida Bar No. 147486
> Allison J. Leonard
> aleonard@dvllp.com
> Florida Bar No. 87061
> Damian & Valori LLP
> 1000 Brickell Avenue, Suite 1020
> Miami, Florida 33131
> Telephone: (305) 371-3960
> Facsimile: (305) 371-3965
>
> and
>
> Kevin B. Duff
> kduff@rdaplaw.net
> Ill. Bar No. 6210491
> Rachlis Duff & Peel, LLC
> 542 South Dearborn Street, Suite 900
> Chicago, Illinois 60605
> Telephone: (312) 733-3950
> *Counsel for Melanie E Damian,*
> *Court Appointed Receiver*
>
> /s/Kevin Lyons
> Kevin Lyons
> ARDC No. 6243395
> nicole@kllawfirm.com
> Lyons Law Group, LLC
> 5333 Main Street
> Downers Grove, IL 60515
> Tel: 630-852-2529
> *Counsel for Defendant*