IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> TODAY'S GROWTH CONSULTANT, INC. : <br> (dba THE INCOME STORE), : <br> : <br> and : <br> : <br> KENNETH D. COURTRIGHT, III, : <br> : <br> Defendants. : <br> : | No. 19-cv-08454 <br><br> Judge Andrea R. Wood |

## ORDER GRANTING RECEIVER'S MOTION TO APPROVE SETTLEMENT AND RELEASE AGREEMENT WITH MIKE ENGSTROM

This matter came before the Court upon the Receiver's Motion to Approve Settlement and Release Agreement with Mike Engstrom [ECF No. 163] (the "Motion"). The Court, having considered the Motion and the record of this receivership case and being otherwise duly advised in the premises, hereby finds and orders as follows:

1. The Receiver's Motion to Approve Settlement and Release Agreement with Mike Engstrom [ECF No. 163] is GRANTED.

2. The Court finds that the Settlement and Release Agreement (the "Settlement Agreement"), attached as Exhibit A to the Motion, is in the best interest of the Receivership Estate and, as such, the Settlement Agreement is APPROVED.

3. The Court authorizes the Receiver to enter into the Settlement Agreement.

**EXHIBIT A**

      4.      The Court authorizes the Receiver, upon receipt of payments from Mr. Engstrom pursuant to the Settlement Agreement, to pay to Damian & Valori LLP a total of $96,788.02, comprising of $95,700.00 in fees (33% of the $290,000 Settlement Amount as defined in the Motion) and $1,088.02 in costs, comprising $475.12 in filing fees, $512 in fees for service of the Summons and Complaint, and $100.90 in additional costs. In particular, the Court authorizes the Receiver to pay to Damian & Valori LLP 100% of foregoing costs and 33% of the $90,000 initial payment due under the Settlement Agreement immediately upon receiving that payment from Mr. Engstrom, without further order of this Court. Further, the Court authorizes the Receiver to pay to Damian & Valori, LLP 33% of the subsequent $200,000.00 payment due under the Settlement Agreement immediately upon receiving that payment from Mr. Engstrom, without further order of this Court.

      5.      Pursuant to the Settlement Agreement, the Court, and Magistrate Judge Sunil R. Harjani in particular, shall retain exclusive jurisdiction over all matters concerning the Settlement Agreements, including without limitation the enforcement thereof.

      DONE AND ORDERED in the Northern District of Illinois on this 7th day of September 2021.

                                              _____
                                              UNITED STATES DISTRICT COURT JUDGE