UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

TODAY'S GROWTH CONSULTANT, INC.
(d/b/a THE INCOME STORE)

and

KENNETH D. COURTRIGHT, III,

    Defendants.
_____/
MELANIE E. DAMIAN, AS RECEIVER OF
TODAY'S GROWTH CONSULTANT, INC.
(d/b/a THE INCOME STORE),

    Plaintiff,

v.

MICHAEL ENGSTROM,

    Defendant.
_____/

Civil Action No. 1:19-cv-08454

Ancillary Case No. 20-cv-7087
Hon. Ronald A. Guzman
Hon. Sunil R. Harjani

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

The parties, Plaintiff Melanie E. Damian, in her capacity as Receiver ("Plaintiff") of Today's Growth Consultant, Inc. (d/b/a The Income Store), and Defendant, Michael Engstrom, hereby stipulate and agree to the dismissal without prejudice of the claims that Plaintiff asserted against Defendant in this action, with each party to bear its own fees and costs. This dismissal shall automatically become a dismissal <u>with prejudice</u> upon Defendant's full payment of the Settlement Amount as set forth in the parties' Settlement and Release Agreement.

Ancillary Case No. 20-cv-7087

This District Court, and Magistrate Judge Sunil R. Harjani in particular, shall retain exclusive jurisdiction, and be the exclusive venue, in which to resolve any disputes related to, and grant any necessary relief provided for in, the Settlement and Release Agreement. The Parties hereby consent to final adjudication of any dispute including the remedies set forth in Paragraph II. D. of the Settlement Agreement by the Magistrate Judge waiving any rights of objection or appeal to the District Court.

Respectfully submitted,

| /s/ Allison J. Leonard<br>Kenneth Dante Murena, Esq.<br>Florida Bar No. 147486<br>Email: kmurena@dvllp.com<br>Allison J. Leonard, Esq.<br>Florida Bar No. 87061<br>Email: aleonard@dvllp.com<br>*Counsel for Plaintiff, Melanie E. Damian,*<br>*as Receiver for Today's Growth Consultant,*<br>*Inc. (d/b/a The Income Store)*<br><br>DAMIAN & VALORI LLP \| CULMO TRIAL ATTORNEYS<br>1000 Brickell Avenue, Suite 1020<br>Miami, Florida 33131<br>Telephone: (305) 371-3960<br>Facsimile: (305) 371-3965<br><br>*(Admitted to Practice in the Northern District of Illinois)* | /s/Kevin Lyons<br>Kevin Lyons, Esq.<br>ARDC No. 6243395<br>*Counsel for Defendant,*<br>*Michael Engstrom*<br><br>LYONS LAW GROUP, LLC<br>5333 Main Street<br>Downers Grove, Illinois 60515<br><br>Phone: (630) 852-2529<br>Email: kevinl@kllawfirm.com |
|---|---|